LVMH Swiss Manufactures SA and Hublot SA v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 18-cv-01615

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | zhang yong tao | 2 | zengguowei |
| 3 | Zemei Cheng | 4 | yustinus winardi |
| 5 | yi yun | 6 | yi mi he |
| 7 | Yekta Khoshtinat | 8 | yan ruilan |
| 9 | xiongai long | 10 | xinqian Rhys |
| 11 | xinqian Rhys (2) | 12 | xiao meichen |
| 13 | xiang rongxin | 14 | xian mei fu |
| 15 | wu sheng | 16 | wu sdfsdfsd |
| 17 | wincollect.top | 18 | William Hess |
| 19 | Weng Zhixiong | 20 | Wayne Floyd |
| 21 | watch-trendy.com | 22 | watchstoresale.com |
| 23 | watch-icons.com | 24 | watch-gift.com |
| 25 | watchgetluxury.com | 26 | watches-trendy.com |
| 27 | watches-sell.com | 28 | watchessalebest.com |
| 29 | watches-lover.com | 30 | watchesky.com |
| 31 | watches-icons.com | 32 | watches-hut.com |
| 33 | watches-cool.com | 34 | watches-chic.com |
| 35 | watches-beloved.com | 36 | watcheronline.top |
| 37 | watch-cool.com | 38 | watcharooo.com |
| 39 | watch546.com | 40 | watch4umen.com |
| 41 | watch211.com | 42 | watch189.com |
| 43 | watch121.com | 44 | watch105.com |
| 45 | vollmerwatches.co | 46 | voguish-watch.com |
| 47 | Trina Villarreal | 48 | topewatch.org |
| 49 | top21watchesshop.com | 50 | tobewatches.com |
| 51 | Timothy Lozoya | 52 | time4uwear.com |
| 53 | Thomas Koch | 54 | thierrysimonet.com |
| 55 | thesalewatches.com | 56 | Tan Wen You |
| 57 | swisswatchesdepot.co | 58 | store-watches.com |
| 59 | Stephan Dietrich | 60 | stefanie herman |
| 61 | sportsinjuryrisk.com | 62 | Sophia Aachen |
| 63 | Smith Joanne | 64 | Signe Mansson |
| 65 | shuhail miah | 66 | shijie li |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 67 | Scott Walton | 68 | Sarah Harris |
| 69 | sanrupali.com | 70 | salexaj.com |
| 71 | salexaa.com | 72 | Saga Samuelsson |
| 73 | ryan marshall | 74 | Roger Lejeune |
| 75 | Richards Joanna | 76 | replicawatchpro.com |
| 77 | Renae Gregory | 78 | Reilly julie |
| 79 | Registrant of thjuiceplus.com | 80 | Registrant of bestcopywatches.org |
| 81 | Rebecca Thomas | 82 | Ray Kellum |
| 83 | qiuxiang song | 84 | Proserpio Bruno |
| 85 | Private Whois | 86 | posan john |
| 87 | popular-watches.com | 88 | Pingle Jones |
| 89 | Pin Zhang | 90 | Pietro Lo Vasco |
| 91 | Petterson Liggett | 92 | peng zhang |
| 93 | Paul Stevens | 94 | pantwatches.com |
| 95 | pandywatches.com | 96 | Pamela Patterson |
| 97 | offshorechrono.com | 98 | Nicky Boyanin |
| 99 | Nicholas Short | 100 | myeasycareerguide.com |
| 101 | muyuan shui | 102 | Mulong lin |
| 103 | montresderepliques.com | 104 | montrerepaschers.com |
| 105 | molly12 joan34 | 106 | ming li |
| 107 | micwatchshop.com | 108 | Michael Nava |
| 109 | mentwatches.com | 110 | mengorolex.com |
| 111 | maxfashionoutlet.com | 112 | Mark Robson |
| 113 | Marguerite Silva | 114 | Margret Hughes |
| 115 | Lynda Williams | 116 | luxuryreplica1.com |
| 117 | lolfunphotobooths.com | 118 | liu yue |
| 119 | lisa patrick | 120 | linlijian |
| 121 | Linda Aston-Bailey | 122 | lily may52 |
| 123 | Liang Guang Wei | 124 | Li Yang |
| 125 | Li nan nan | 126 | li hai |
| 127 | leegof ayo | 128 | Larue McClendon |
| 129 | Larry Walker | 130 | LAN YANG |
| 131 | Kyle Henry | 132 | kou li |
| 133 | kkkon.com | 134 | Kiefer Arturo |
| 135 | Kevin Gayman | 136 | Keith Brown |
| 137 | kedaiasinan.com | 138 | karlstadairportcarhire.com |
| 139 | Joseph Padilla | 140 | Jodie Machado |
| 141 | ji shupeng | 142 | jay chou |
| 143 | James Watson | 144 | James Allen |
| 145 | izmirevtasimafirmalari.com | 146 | icons-watch.com |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 147 | Ian Slater | 148 | hut-watch.com |
| 149 | Hong Bao Long | 150 | hf qt |
| 151 | heyi mi | 152 | helloreplicawatch.com |
| 153 | he yimi | 154 | hartzbonanza.com |
| 155 | Guy Hiodges | 156 | gueijuan xu |
| 157 | Guancheng Chen | 158 | greatwatchperfer.com |
| 159 | greatwatcheshere.com | 160 | goodsavers.online |
| 161 | giga-x.com | 162 | Gary Garlow |
| 163 | fsadasd utryys | 164 | Fiorella Schiavi |
| 165 | Felicia Perez | 166 | fashionwatchtime.com |
| 167 | fashiontimewear.com | 168 | esrayalcinkaya.com |
| 169 | Elliot Gustavsson | 170 | dewen zheng |
| 171 | dewen zheng (2) | 172 | dewen zheng (3) |
| 173 | design-watch.com | 174 | designerforuwbags.com |
| 175 | designerforutbags.com | 176 | designerforupbags.com |
| 177 | designerforujbags.com | 178 | designerforucbags.com |
| 179 | designerforubags.com | 180 | designerforubag.com |
| 181 | designerforuabags.com | 182 | Deng HanYu |
| 183 | Deborah Blevins | 184 | de wen zheng |
| 185 | DASD ASDASD | 186 | colowatches.com |
| 187 | clipwatch.org | 188 | classic-mall.com |
| 189 | Chun Lan Lv | 190 | chrono4usale.com |
| 191 | Christy Roberts | 192 | christine mayer |
| 193 | chic-watches.com | 194 | cheng gong zheng |
| 195 | cheapsalewatch.com | 196 | Cecilia Dean |
| 197 | buy-vogue.com | 198 | buyreplicawatchfr.com |
| 199 | buyreplica.watch | 200 | businesswithwings.com |
| 201 | Bruna Lucia | 202 | Bruce Tank |
| 203 | Beth McAvoy | 204 | bestwatchreplica.net |
| 205 | Benjamin Kappel | 206 | beloved-watch.com |
| 207 | baqishoots.com | 208 | asones.com |
| 209 | arwreplicawatch.com | 210 | Annie Bui |
| 211 | alsakkal Mais | 212 | ai long xiong |
| 213 | Adam Waterman | 214 | acudora.com |
| 215 | Light Extravagant Watch Store | 216 | ZBL Watchband store |
| 217 | damon zone | 218 | TRUMiRR Watchband Store |
| 219 | Megir Watches Store | 220 | Time Master |
| 221 | OuYang Top Watch store | 222 | gymboree1 |
| 223 | watch band Franchised store | 224 | Morier store |
| 225 | Mechanical charm | 226 | PERNAI |


| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 227 | Loni Watch Store | 228 | Black Monday Store |
| 229 | BAOGELA Official Store | 230 | Citytime Watch Factory Store |
| 231 | MEGIR Franchised Store | 232 | PeiWei Watch Store |
| 233 | Nostalgia Store | 234 | TIMARCO Factory store |
| 235 | Shenzhenshi DF Company Limited | 236 | Guangzhou Bonill Watches Co., Ltd. |
| 237 | Shenzhen Shenghengkai Trading Co., Ltd. | 238 | q337120803 |
| 239 | www5881314 | 240 | Shike2017 |
| 241 | 1106stores | 242 | 7color7 |
| 243 | bigmouse31 | 244 | bixu2649 |
| 245 | cantonwatchfactory | 246 | cenyin123 |
| 247 | chimaera-strap | 248 | dingjunn23 |
| 249 | fcwxin | 250 | firstagaintecw |
| 251 | goldenlale | 252 | guyguide |
| 253 | is-showtime | 254 | megir-watch |
| 255 | mhestore2009 | 256 | moonstore2017 |
| 257 | ouxdd693994-8 | 258 | shuhuqi0 |
| 259 | topvstores | 260 | umg8054636189889 |
| 261 | worshipperwin | 262 | ximeng2010 |
| 263 | yilizomana | 264 | youhappyihappy |
| 265 | ziz11398593 | 266 | Shenzhen Fitcare Electronics Co., Ltd. |
| 267 | Liuyang Honey Gifts Eco Agriculture Development Co., Ltd. | 268 | asws |
| 269 | evepek | 270 | getincw |
| 271 | gexiaole886 | 272 | kuncseller |
| 273 | tt1990 | 274 | Guangzhou Tiandali Watch Technology Development Co., Ltd. |
| 275 | Shenzhen Usmart Electronics Technology Co., Ltd. | 276 | Guangzhou Tee Jeean Crown Watch Co., Ltd. |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | aliexpress.com/store/104810 | 2 | aliexpress.com/store/1090868 |
| 3 | aliexpress.com/store/1331124 | 4 | aliexpress.com/store/1502808 |
| 5 | aliexpress.com/store/1805485 | 6 | aliexpress.com/store/1809190 |
| 7 | aliexpress.com/store/1813489 | 8 | aliexpress.com/store/1848510 |
| 9 | aliexpress.com/store/1871465 | 10 | aliexpress.com/store/1911211 |
| 11 | aliexpress.com/store/1995236 | 12 | aliexpress.com/store/2023089 |
| 13 | aliexpress.com/store/203696 | 14 | aliexpress.com/store/2269004 |
| 15 | aliexpress.com/store/2387041 | 16 | aliexpress.com/store/2401070 |
| 17 | aliexpress.com/store/312151 | 18 | aliexpress.com/store/3244024 |
| 19 | aliexpress.com/store/436893 | 20 | aliexpress.com/store/626584 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 21 | aliexpress.com/store/916501 | 22 | bonillwatch.en.alibaba.com |
| 23 | chaxigo.en.alibaba.com | 24 | dhgate.com/store/20123544 |
| 25 | dhgate.com/store/20722107 | 26 | dhgate.com/store/20768490 |
| 27 | ebay.com/usr/1106stores | 28 | ebay.com/usr/7color7 |
| 29 | ebay.com/usr/bigmouse31 | 30 | ebay.com/usr/bixu2649 |
| 31 | ebay.com/usr/cantonwatchfactory | 32 | ebay.com/usr/cenyin123 |
| 33 | ebay.com/usr/chimaera-strap | 34 | ebay.com/usr/dingjunn23 |
| 35 | ebay.com/usr/fcwxin | 36 | ebay.com/usr/firstagaintecw |
| 37 | ebay.com/usr/goldenlale | 38 | ebay.com/usr/guyguide |
| 39 | ebay.com/usr/is-showtime | 40 | ebay.com/usr/megir-watch |
| 41 | ebay.com/usr/mhestore2009 | 42 | ebay.com/usr/moonstore2017 |
| 43 | ebay.com/usr/ouxdd693994-8 | 44 | ebay.com/usr/shuhuqi0 |
| 45 | ebay.com/usr/topvstores | 46 | ebay.com/usr/umg8054636189889 |
| 47 | ebay.com/usr/worshipperwin | 48 | ebay.com/usr/ximeng2010 |
| 49 | ebay.com/usr/yilizomana | 50 | ebay.com/usr/youhappyihappy |
| 51 | ebay.com/usr/ziz11398593 | 52 | fitcare.en.alibaba.com |
| 53 | honeygift.en.alibaba.com | 54 | ioffer.com/selling/asws |
| 55 | ioffer.com/selling/evepek | 56 | ioffer.com/selling/getincw |
| 57 | ioffer.com/selling/gexiaole886 | 58 | ioffer.com/selling/kuncseller |
| 59 | ioffer.com/selling/tt1990 | 60 | tdlwatch.en.alibaba.com |
| 61 | usmartele.en.alibaba.com | 62 | watchaccessories.en.alibaba.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | select-watch.com | 2 | watch-promo.com |
| 3 | watch-style.com | 4 | replica-watchesus.net |
| 5 | topuksale.org.uk | 6 | watchsale.store |
| 7 | fashionreplicasale.com | 8 | anywatchesbuy.com |
| 9 | watchesreplic.com | 10 | designerwatches.cc |
| 11 | rolexwatchesforsale.me.uk | 12 | cktrend.com |
| 13 | menshublotwatches.top | 14 | copywatch.top |
| 15 | ninadobrevok.top | 16 | classicalwatchesonline.top |
| 17 | fashiondesignerwatches.com | 18 | 24horologi.com |
| 19 | fashioneoutlet.com | 20 | luxurywatcheswiss.com |
| 21 | luxurywatchswiss.com | 22 | alilwatch.com |
| 23 | idolreplicas.org.uk | 24 | rightreplicasale.com |
| 25 | sfakewatches.com | 26 | hugoswisswatches.com |
| 27 | wincollect.top | 28 | salondurealisme.com |
| 29 | selljordan-88.net | 30 | waterwoodoriginals.com |
| 31 | watch-trendy.com | 32 | watchstoresale.com |
| 33 | watch-icons.com | 34 | watch-gift.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 35 | watchgetluxury.com | 36 | watches-trendy.com |
| 37 | watches-sell.com | 38 | watchessalebest.com |
| 39 | watches-lover.com | 40 | watchesky.com |
| 41 | watches-icons.com | 42 | watches-hut.com |
| 43 | watches-cool.com | 44 | watches-chic.com |
| 45 | watches-beloved.com | 46 | watcheronline.top |
| 47 | watch-cool.com | 48 | watcharooo.com |
| 49 | watch546.com | 50 | watch4umen.com |
| 51 | watch211.com | 52 | watch189.com |
| 53 | watch121.com | 54 | watch105.com |
| 55 | vollmerwatches.co | 56 | voguish-watch.com |
| 57 | nobletickers.com | 58 | topewatch.org |
| 59 | top21watchesshop.com | 60 | tobewatches.com |
| 61 | gammaceramiche.com | 62 | time4uwear.com |
| 63 | bestwatchespro.com | 64 | thierrysimonet.com |
| 65 | thesalewatches.com | 66 | designerforu-0.com |
| 67 | designerforubbags.com | 68 | designerforuebags.com |
| 69 | designerforudbags.com | 70 | designerforufbags.com |
| 71 | designerforuhbags.com | 72 | designerforuibags.com |
| 73 | designerforugbags.com | 74 | designerforulbags.com |
| 75 | designerforunbags.com | 76 | designerforumbags.com |
| 77 | designerforuqbags.com | 78 | swisswatchesdepot.co |
| 79 | store-watches.com | 80 | itwats.top |
| 81 | frwats.top | 82 | vitalwatches.com |
| 83 | sportsinjuryrisk.com | 84 | marksteenauthor.com |
| 85 | rsnaesthetics.co.uk | 86 | cheapbuycharmsonline.com |
| 87 | rgpaddler.co.uk | 88 | goaljet.com |
| 89 | trusty-time.co.uk | 90 | replicawatches4u.co.uk |
| 91 | topreplica.biz | 92 | aswissreplica.com |
| 93 | sanrupali.com | 94 | salexaj.com |
| 95 | salexaa.com | 96 | okreplica.pw |
| 97 | cheaprolexwatches.us.com | 98 | iamwj.com |
| 99 | rolex-outlet.us.com | 100 | replicawatchpro.com |
| 101 | restaurantelponton.com | 102 | a2zbusiness.co.uk |
| 103 | thjuiceplus.com | 104 | bestcopywatches.org |
| 105 | axa-girard-pecarrere.com | 106 | barbeachphin.com |
| 107 | watch-bay.com | 108 | watch-shop.co |
| 109 | aheadwatches.com | 110 | rolexwatchesrolexoutlet.us.com |
| 111 | popular-watches.com | 112 | bagswatchesus.com |
| 113 | watchesperfect.com | 114 | sawatchuk.com |

6

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 115 | trustytimes.net | 116 | happyreplicafire.com |
| 117 | replicaaround.com | 118 | kidzfavouritepartybox.co.uk |
| 119 | pantwatches.com | 120 | pandywatches.com |
| 121 | canariasguru.com | 122 | offshorechrono.com |
| 123 | buyqualitywatches.com | 124 | hikaku-naturalwater.com |
| 125 | myeasycareerguide.com | 126 | shoppingpeople.biz |
| 127 | trwatchflying.com | 128 | montresderepliques.com |
| 129 | montrerepaschers.com | 130 | fakefortimes.com |
| 131 | 5areplicawatch.com | 132 | micwatchshop.com |
| 133 | watchseller.org | 134 | mentwatches.com |
| 135 | mengorolex.com | 136 | maxfashionoutlet.com |
| 137 | candogseatbananas.co.uk | 138 | hediyemediye.com |
| 139 | yalcinyem.com | 140 | sngcolumbia.com |
| 141 | luxuryreplica1.com | 142 | lolfunphotobooths.com |
| 143 | replicashop5s.com | 144 | bestfaketrade.com |
| 145 | cheapreplicamall.com | 146 | horlogesnl.com |
| 147 | windowsnewcastle4u.co.uk | 148 | fakewatchstore.com |
| 149 | watches-graceful.com | 150 | beautiful-watches.com |
| 151 | watches-kingly.com | 152 | watch-kingly.com |
| 153 | kingly-watch.com | 154 | kingly-watches.com |
| 155 | watches-hots.com | 156 | sharereplicabags.com |
| 157 | replicawatchesbest.org | 158 | replicawatches.cc |
| 159 | 3pey.com | 160 | patekphilippewatcheschina.com |
| 161 | fakewatchus.com | 162 | england-rugbytickets.com |
| 163 | motoclubeviseu.com | 164 | arwreplicawatches.com |
| 165 | forlanskincare.com | 166 | celineoutletuusa.com |
| 167 | kkkon.com | 168 | watchesfakeshop.com |
| 169 | kayowenmasonry.com | 170 | gibraltarterian.com |
| 171 | kedaiasinan.com | 172 | karlstadairportcarhire.com |
| 173 | danglersden.com | 174 | ttw-clone.org |
| 175 | onevmalls.com | 176 | watchoutlet.info |
| 177 | codyholley.com | 178 | ultahanak.com |
| 179 | izmirevtasimafirmalari.com | 180 | icons-watch.com |
| 181 | watchesreplica2m.com | 182 | hut-watch.com |
| 183 | replicakeep.com | 184 | bingwatches.com |
| 185 | replicasswiss.com | 186 | bestpuretime.com |
| 187 | watchesmarket.info | 188 | specialwriststuffs.info |
| 189 | anywatchesreplica.top | 190 | tagreplicawatch.org |
| 191 | watches-for-best.top | 192 | helloreplicawatch.com |
| 193 | goldwatchforwomen.com | 194 | hartzbonanza.com |

7

| No. | Defendant Domain Name | No. | Defendant Domain Name |
| --- | --- | --- | --- |
| 195 | replicaver.com | 196 | authenticwatchestore.com |
| 197 | baodewatches2u.com | 198 | greatwatchperfer.com |
| 199 | greatwatcheshere.com | 200 | goodsavers.online |
| 201 | giga-x.com | 202 | asbens.com |
| 203 | wowbestreplica.com | 204 | ttreplicawatches.co.uk |
| 205 | ts-watchte.org | 206 | fashionwatchtime.com |
| 207 | fashiontimewear.com | 208 | esrayalcinkaya.com |
| 209 | reloj-de-pared.com | 210 | watch202.com |
| 211 | styles2u.com | 212 | nic-style.com |
| 213 | drop-fashion.com | 214 | malluie.com |
| 215 | salebvq.com | 216 | shopyrz.com |
| 217 | design-watch.com | 218 | designerforuwbags.com |
| 219 | designerforutbags.com | 220 | designerforupbags.com |
| 221 | designerforujbags.com | 222 | designerforucbags.com |
| 223 | designerforubags.com | 224 | designerforubag.com |
| 225 | designerforuabags.com | 226 | rolexwatch-outlet.com |
| 227 | gallivantinggramers.com | 228 | fashion98.com |
| 229 | shoppedwatches.com | 230 | colowatches.com |
| 231 | clipwatch.org | 232 | classic-mall.com |
| 233 | urolex-watches.com | 234 | chrono4usale.com |
| 235 | cpnssoal.com | 236 | tsrcoatza.com |
| 237 | chic-watches.com | 238 | replicawristwatch.co.uk |
| 239 | cheapsalewatch.com | 240 | honestlogging.com |
| 241 | buy-vogue.com | 242 | buyreplicawatchfr.com |
| 243 | buyreplica.watch | 244 | businesswithwings.com |
| 245 | cheapreplicabuy.com | 246 | abcluxurys.net |
| 247 | ok-replicas.net | 248 | bestwatchreplica.net |
| 249 | shopping-watch.com | 250 | beloved-watch.com |
| 251 | baqishoots.com | 252 | asones.com |
| 253 | arwreplicawatch.com | 254 | mulecreekfarm.com |
| 255 | replicarolex.us.com | 256 | replicawatch.cc |
| 257 | buyukreplicwatch.co.uk | 258 | acudora.com |